IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF-07-0064

IN THE MATTER OF AMENDING CITATION ) 
STANDARDS FOR THE MONTANA ) ORDER
SUPREME COURT )

Pursuant to its authority under Article VII, Section 2(3) of the Constitution of the State of Montana, this Court filed an order on December 16, 1997, adopting citation formats for use in its opinions, including a public domain or neutral-format citation. The Court has now determined to simplify the format set forth in that order for pinpoint citations to opinions decided after January 1, 1998, by eliminating the requirement that paragraph number(s) be repeated for all three sources cited.

THEREFORE,

IT IS ORDERED that, effective immediately, proper pinpoint citations to opinions decided by this Court after January 1, 1998, shall be in the form shown in the following example:

*Doe v. Roe*, 1998 MT 12, ¶¶ 44-45, 286 Mont. 175, 989 P.2d 1312

In all other respects, the Court's order filed December 16, 1997, shall remain unchanged.

The Clerk is directed to provide copies of this order to:

The Code Commissioner and Director of Legal Services for the Montana Legislative Services Division;
The District Judges of the State of Montana;
The Clerks of the District Courts of the State of Montana;
The Clerk of the United States District Court of the State of Montana;
The State Law Librarian;
The Librarian for the University of Montana School of Law;
The Dean of the University of Montana School of Law;
The Attorney General for the State of Montana;
The Office of Public Defender for the State of Montana;
The President and Executive Director of the State Bar of Montana, with a request that notice of this Order be published in the next available issue of the *Montana Lawyer*;
LexisNexis and West.

DATED this 22nd day of January, 2009.

For the Court,

/S/ MIKE McGRATH